IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| JAMES EDWARD WHALEY, | * |
| Plaintiff, | |
| v. | * |
| CITY OF ALBANY, et al., | *   CASE.: 1:23-CV-217 (LAG) |
| Defendants. | * |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated March 24, 2025 and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 25th day of March, 2025.

David W. Bunt, Clerk

s/ Michelle Paschal, Deputy Clerk